Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts ▾

_____ Division

William F. Reade, Jr.

)
)
)
)
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

–v–

Nancy Patricia Pelosi
Barrack Husien Obamma
See attached:

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✔ Yes ☐ No

FILED
IN CLERKS OFFICE
2020 JUN -1 AM 10: 43
U.S. DISTRICT COURT
DISTRICT OF MASS.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | | | |
|---|---|---|---|
| Name | William F. Reade, Jr. | | |
| Address | 55 Captian Nickerson Road | | |
| | South Yrmouth | MA | 02664 |
| | *City* | *State* | *Zip Code* |
| County | Barnstable | | |
| Telephone Number | (508) 362 1230 | | |
| E-Mail Address | wfreadejr@comcast.net | | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | | | |
|---|---|---|---|
| Name | Nancy Patricia Pelosi | | |
| Job or Title *(if known)* | Speaker of the House of Representatives; [Chairman D. N. C.] | | |
| Address | 1236 Longwood H. O. B. | | |
| | Washington | DC | 20515 |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | (202) 225-4965 | | |
| E-Mail Address *(if known)* | | | |

☑ Individual capacity    ☐ Official capacity

Defendant No. 2

| | | | |
|---|---|---|---|
| Name | Barrack Hussien Obama | | |
| Job or Title *(if known)* | | | |
| Address | 2500 W. Golf Road Hoffman Estates, IL | | |
| | Washington | DC | 60169 |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | (847) 252-5700 | | |
| E-Mail Address *(if known)* | | | |

☑ Individual capacity    ☐ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | William Francis Galvin |
| Job or Title *(if known)* | Secretary of State for Massachusetts |
| Address | State House |
| | Boston |

| City | State | Zip Code |
|---|---|---|
| Boston | MA | 02133 |

| | |
|---|---|
| County | |
| Telephone Number | (617)-727-7030 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Denise J. Casper; O. Rogeriee Thompson; Allison D. Burroughs |
| Job or Title *(if known)* | Judges U. S. Federal district and Appeals Courts |
| Address | 1 Courthouse Way |

| City | State | Zip Code |
|---|---|---|
| Boston | MA | 02210 |

| | |
|---|---|
| County | |
| Telephone Number | (617)-748-9152 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Denial of: Right to be heard 6th and 14th Ammendment; Violation of "Unalienable Rights"; Article VI Sec. 2 and 3; Fourth Ammendent; 18 USC sec. 241; 14th Ammendent equqal rights and treatment. Refusal to Recuse. Perjury; 118 usc sec. 3; Sixth Ammendent; Massachusetts Constitution Article IX all the inhabitants have an equal right to be elected for public employment.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?
the Commonwealth of Massachusetts, Yarmouth Massachusetts.

B.      What date and approximate time did the events giving rise to your claim(s) occur?
August 2008 at the Democratic National Convention.

C.      What are the facts underlying your claim(s)? *(For example: What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
I was born in Boston, MA on March 11 1938. My Father was a British Citizen, for which rreason I was born a British Citizen (see Article VI Sec. 2 supreme Law [TREATIES]; Hague Convention, Conflict of Citizenship an Nationality Laws, April 12th 1930; The British Nationality Law 1914 and 1948; The Kenyan Constitution REV. 2010). I was denied access to the Presidential Ballot because my Father was british when I was born, Mr. Obamas Father was also British when he was born. However, he easily gained access to the Ballot in Massachusetts by a nomination paper signed by Nancy Pelosi as Chair of the NDC. "Ingorance of the Law is not an Excuse", she denied me "Equal Ttreatment" (14th Ammendment. After Graduating from Harvard Law, Obama became a "Civil Rights Lawyer", he cannot deny knowledge of for citizenship and nationality, and for the Presidency. He further ignored the fact that he was a co-signer on "Senate Calender No. 715 S. Res. 511, as well as others who also signed it. The crime was further exerberated by his appointment of the thre Federal Judges who lied and denied my to be heard, and refused to recuse themselves.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I have actively pursued this problem since reading "Dreams of my Farther" which is when I realized he was not a "Natural Born Citizen". I have spent a lot of money on Court Fees, Postage and supplies, and years of research, typing and contacting Federal Offices asking for help. Actual Damages asked are for Lawyers fees for my Pro Se work in the Ammount of $100, 000. 00 a year from August 2008 until this problem is resolved. Punitive damages for emotional suffering at the hands of the dishonest Judges who have ruled against and refused to comply with the statutes for "Judicial Conduct"; failure to recuse themselves; denied me the Constitutional right "To be Heard". I request $1000,0000,000.00 [1 million dollars]

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   05/20/2020

Signature of Plaintiff

Printed Name of Plaintiff   William F. Reade, Jr.

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address